# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Maria Lapira | CASE NO.: 08−23263−ash |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−5973 | CHAPTER: 13 |

## NOTICE OF DISMISSAL OF CASE

An order of dismissal was entered by the Honorable Adlai S. Hardin Jr. on February 26, 2009 in this Chapter 13 case.

**This case is dismissed.**

Dated: February 26, 2009                                    Vito Genna
                                                            Clerk of the Court